## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CLEAR HEARING SOLUTIONS,**
**LLC et al**                                          :          **CIVIL ACTION**
                   *Plaintiff,*                        :
                                                       :
      **v.**                                           :          **No. 20-3454**
                                                       :
**CONTINENTAL CASUALTY CO.**                           :
                   *Defendant.*                        :

## <u>ORDER</u>

**AND NOW**, this **14**th day of **January 2021**, upon consideration of

Plaintiffs' Cross Motion for Summary Judgment (ECF No. 13), Defendant's Cross

Motion for Summary Judgment (ECF No. 14), Plaintiffs' response in opposition

(ECF No. 15), Defendant's response in opposition (ECF No. 16), Plaintiffs' reply

(ECF No. 17), and Defendant's reply (ECF No. 18) it is hereby **ORDERED** that

Defendant's Motion for Summary Judgment is **GRANTED.**

It is **FURTHER ORDERED** that Plaintiffs' Motion for Summary

Judgment is **DENIED**.  The Clerk of Court is directed to close this matter.

**BY THE COURT:**

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**